FILED IN
COURT OF CRIMINAL APPEALS

September 22, 2015

ABEL ACOSTA, CLERK

*checked 9/22/15 JoGe*

PD-0077-15

PD-0077-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/22/2015 11:50:35 AM
Accepted 9/22/2015 1:21:42 PM
ABEL ACOSTA
CLERK

# TO THE COURT OF CRIMINAL APPEALS OF TEXAS

## OF THE STATE OF TEXAS

STEVEN COLE                APPELLANT

V.

THE STATE OF TEXAS        APPELLEE

Appeal from Gregg County

\* \* \* \* \* \* \* \*

**APPELLANT'S MOTION FOR LEAVE TO FILE A
POST-SUBMISSION SUPPLEMENTAL BRIEF**

\* \* \* \* \* \* \* \*

EBB B. MOBLEY
State Bar # 14238000
Attorney at Law
422 North Center Street-Lower Level
P. O. Box 2309
Longview, TX   75606
Telephone: 903-757-3331
Facsimile: 903-753-8289
ebbmob@aol.com

ATTORNEY FOR APPELLANT

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Appellant respectfully presents his motion for leave to file a post-submission supplemental brief under Texas Rule of Appellate Procedure 70.4 to assist the Court and opposing counsel on the issue of dissipation of methamphetamine.

## PRAYER FOR RELIEF

WHEREFORE, Appellant prays that the Court of Criminal Appeals grant leave to file a post-submission supplemental brief.

Respectfully submitted,

/s/ EBB B. MOBLEY
EBB B. MOBLEY
State Bar # 14238000
Attorney at Law
422 North Center Street-Lower Level
P. O. Box 2309
Longview, TX 75606
Telephone: 903-757-3331
Facsimile: 903-753-8289
ebbmob@aol.com

1

## CERTIFICATE OF SERVICE

A copy of the Appellant's Motion for Leave to file a post-submission Supplemental Brief has been e-served or e-mailed on this the 22ˢᵗ day of September, 2015 to:


Zan Colson Brown
Assistant District Attorney
101 East Methvin, Suite 333
Longview, Texas 75601
zan.brown@co.gregg.tx.us

John R. Messinger
Assistant State Prosecuting Attorney
P.O. Box 13046
Austin, Texas 78711
information@spa.texas.gov


/s/  EBB B. MOBLEY,
EBB B. MOBLEY
Attorney for Appellant